1

2

3

4

5

6

7

```
                                          F I L E D
                                    CLERK, U.S. DISTRICT COURT

                                         4/19/2022

                                  CENTRAL DISTRICT OF CALIFORNIA
                                  BY: _____RAM_____ DEPUTY
```

8                     UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>     Plaintiff, )<br><br>   v. )<br><br>Deliah Flores, )<br><br>     Defendant. )<br>_____ ) | Case No.: 2:10-CR-01353-RGK-2<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

16     The defendant having been arrested in this District pursuant to a warrant

17 issued by the United States District Court for the <u>CENTRAL</u>     District of

18 <u>CALIFORNIA</u>    for alleged violation(s) of the terms and conditions of probation

19 or supervised release; and

20     Having conducted a detention hearing pursuant to Federal Rule of Criminal

21 Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22 A. (✕)   The defendant has not met his/her burden of establishing by clear and

23        convincing evidence that he/she is not likely to flee if released under 18

24        U.S.C. § 3142(b) or (c).  This finding is based on the following:

25        (✕)   information in the Pretrial Services Report and Recommendation

26        (✕)   information in the violation petition and report(s)

27        ( )   the defendant's nonobjection to detention at this time

28        (✕)   other: <u>New arrest, Failure to Report to USPO, Substance abuse</u>

1

1   and/ or

2   B. (  )   The defendant has not met his/her burden of establishing by clear and

3   convincing evidence that he/she is not likely to pose a danger to the safety

4   of any other person or the community if released under 18 U.S.C.

5   § 3142(b) or (c).  This finding is based on the following:

6   (  )   information in the Pretrial Services Report and Recommendation

7   (  )   information in the violation petition and report(s)

8   (  )   the defendant's nonobjection to detention at this time

9   (  )   other: _____

10

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

13

14   Dated:  April 19, 2022

15   _____
     KENLY KIYA KATO
     UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2